```
1  KAREN P. HEWITT
   United States Attorney
2  LAURA E. DUFFY, CBN 199232
   PETER KO, CBN 191994
3  STEPHEN M. TOKARZ, CBN 208305
   Assistant U.S. Attorneys
4  Federal Office Building
   880 Front Street, Room 6293
5  San Diego, California  92101-8893
   Telephone: (619) 557-6340/6618/7848
6  Fax:  (619) 557-3445 (Fax)
   Email: laura.duffy@usdoj.gov; peter.ko2@usdoj.gov
7         stephen.tokarz@usdoj.gov
```



FILED
MAR 1 9 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 97cr2520-LAB |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO JOINDER OF CASE WITH CRIMINAL CASE 06cr2646-LAB |
| v. | ) | |
| ISMAEL HIGUERA-GUERRERO, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED and agreed, by and between the plaintiff, United States of America, through its counsel, Karen P. Hewitt, United States Attorney, and Laura E. Duffy, Peter G. Ko, and Stephen M. Tokarz, Assistant United States Attorneys, and the defendant, ISMAEL HIGUERA-GUERRERO, by and through his counsel, Grant Eddy, that:

1. On February 5, 2007, United States District Court Judge Larry A. Burns held that criminal cases 97cr2520-LAB and 06cr2646-LAB were consolidated and set both cases on the same pretrial and trial schedule. However, the Court advised that it may re-evaluate it's decision to continue with the consolidation should the Attorney General of the United States decide that the Government will be proceeding with a capital case against one or more defendants in 06cr2646-LAB.

2. For purposes of allowing the parties to file motions in support or opposition to continued consolidation as the case progresses - more particularly, if the Attorney General should determine the Government will be proceeding with a capital case against one or more of the

1 defendants, the parties stipulate and agree that the cases are consolidated under Rule 13, Federal R. Crim.P. - Joint Trial Of Separate Cases. Rule 13 allows the court to order that separate cases be tried together as though brought in a single indictment or information if all offenses and all defendants could have been joined in a single indictment or information.

3. Again for purposes of allowing the parties to file motions in support or opposition to continued consolidation as the case progresses, the parties stipulate and agree that Rules 8(a) and 8(b), Federal R. Crim.P., therefore, provides the standard for consolidation.

So Stipulated and Agreed:

3-16-07
Date

LAURA E. DUFFY
Assistant U.S. Attorney

PETER G. KO
Assistant U.S. Attorney

STEPHEN M. TOKARZ
Assistant U.S. Attorney

3-16-07
Date

GRANT L. EDDY
Counsel for Defendant Ismael Higuera-Guerrero

IT IS SO ORDERED
DATED 3/19/07

LARRY A. BURNS
UNITED STATES DISTRICT JUDGE