KAREN P. HEWITT
United States Attorney
LAURA E. DUFFY, CBN 199232
PETER KO, CBN 191994
STEPHEN M. TOKARZ, CBN 208305
Assistant U.S. Attorneys
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6340/6618/7848
Fax: (619) 557-3445 (Fax)
Email: laura.duffy@usdoj.gov; peter.ko2@usdoj.gov
       stephen.tokarz@usdoj.gov



FILED
MAR 1 9 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 97cr2520-LAB |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO JOINDER |
| v. | ) | OF CASE WITH CRIMINAL CASE |
| | ) | 06cr2646-LAB |
| ISMAEL HIGUERA-GUERRERO, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED and agreed, by and between the plaintiff, United States of America, through its counsel, Karen P. Hewitt, United States Attorney, and Laura E. Duffy, Peter G. Ko, and Stephen M. Tokarz, Assistant United States Attorneys, and the defendant, ISMAEL HIGUERA-GUERRERO, by and through his counsel, Grant Eddy, that:

    1.    On February 5, 2007, United States District Court Judge Larry A. Burns held that criminal cases 97cr2520-LAB and 06cr2646-LAB were consolidated and set both cases on the same pretrial and trial schedule. However, the Court advised that it may re-evaluate it's decision to continue with the consolidation should the Attorney General of the United States decide that the Government will be proceeding with a capital case against one or more defendants in 06cr2646-LAB.

    2.    For purposes of allowing the parties to file motions in support or opposition to continued consolidation as the case progresses - more particularly, if the Attorney General should determine the Government will be proceeding with a capital case against one or more of the

1  defendants, the parties stipulate and agree that the cases are consolidated under Rule 13, Federal R.
2  Crim.P. - Joint Trial Of Separate Cases.  Rule 13 allows the court to order that separate cases be
3  tried together as though brought in a single indictment or information if all offenses and all
4  defendants could have been joined in a single indictment or information.
5     3.   Again for purposes of allowing the parties to file motions in support or opposition
6  to continued consolidation as the case progresses, the parties stipulate and agree that Rules 8(a) and
7  8(b), Federal R. Crim.P., therefore, provides the standard for consolidation.
8     So Stipulated and Agreed:

    3-16-07                                  3-16-07
    Date                                     Date

    LAURA E. DUFFY                           GRANT L. EDDY
    Assistant U.S. Attorney                  Counsel for Defendant Ismael Higuera-Guerrero

    PETER G. KO
    Assistant U.S. Attorney

    STEPHEN M. TOKARZ                        IT IS SO ORDERED
    Assistant U.S. Attorney                  DATED 3/19/07

                                             LARRY A. BURNS
                                             UNITED STATES DISTRICT JUDGE