UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 97cr2520-LAB |
| Plaintiff, | ) | |
| | ) | O R D E R |
| v. | ) | |
| ISMAEL HIGUERA-GUERRERO, | ) | |
| Defendant. | ) | |
| | ) | |

Having been notified that the Solicitor General has approved the Southern District of California's submission of a Writ of Mandamus to the Ninth Circuit Court of Appeals related to the Court's May 21, 2007 Order unsealing documents and transcripts in the above-captioned matter,

IT IS HEREBY ORDERED that the Court's May 21, 2007 Order staying the unsealing of the documents and transcripts at issue be extended from Thursday, May 31, 2007, until Monday, June 4, 2007.

IT IS SO ORDERED.

DATED:  May 31, 2007

*[signature]*
LARRY A. BURNS
United States District Court Judge