PROB 12B  
(08/16)

August 25, 2022  
pacts id: 212649

# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF CALIFORNIA

**Request for Modifying the Conditions or Term of Supervision**
(Probation Form 49, Waiver of Hearing is Attached)

**Name of Offender:** Ismael Higuera-Guerrero (Spanish)   **Dkt. No.:** 97CR02520-006-LAB

**Name of Sentencing Judicial Officer:** The Honorable Larry A. Burns, U.S. District Judge

**Sentence:** 240 months' custody, each count, consecutive; 3 years' supervised release.  *(Special Conditions: Refer to Judgment and Commitment Order.)*

**Date of Sentence:** December 3, 2007

**Date Supervised Release Commenced:** September 3, 2021

**Prior Violation History:** None.

## PETITIONING THE COURT

**TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:**

**(Special Condition)**
Submit to a search of person, property, house, residence, office, vehicle, papers, cellular phone, computer or other electronic communication or data storage devices or media effects, conducted by a United States Probation Officer or any federal, state, or local law enforcement officer, at any time with or without a warrant, and with or without reasonable suspicion.  Failure to submit to such a search may be grounds for revocation; you shall warn any other residents that the premises may be subject to searches pursuant to this condition.

**(Special Condition)**
Must not associate with any person who you know, or who a probation officer or other law enforcement officer informs you is a member of a criminal street gang, cartel, or drug trafficking organization, unless given permission by the probation officer.

PROB12B
Name of Offender: Ismael Higuera-Guerrero                                           August 25, 2022
Docket No.: 97CR02520-006-LAB                                                              Page 2

## CAUSE

At sentencing, it was believed Mr. Higuera-Guerrero would be deported given he was not a United States citizen and the Court imposed minimal special conditions.

On September 3, 2021, the offender was transferred to immigration custody and was allowed to remain in the United States. Given that Mr. Higuera-Guerrero is currently in the community and being actively supervised, the above conditions are requested for increased monitoring. Mr. Higuera-Guerrero is in favor of these conditions as evidenced by his signature on the attached Waiver of Hearing Form.

Respectfully submitted:                                              Reviewed and approved:

by  _____                          _____
    Meredith J. Hammond                                                Craig Bilinski
    Senior U.S. Probation Officer                                      Supervisory U.S. Probation Officer
    (619) 409-5133

Attachments:

**THE COURT ORDERS:**

__X__   THE MODIFICATION OF CONDITIONS AS NOTED ABOVE

_____   OTHER _____

_____

_____                          _____8/30/2022_____
The Honorable Larry A. Burns                                          Date
U.S. District Judge

jt